# Court of Appeals, State of Michigan

## ORDER

Alexandra Pew v Michigan State University

Docket No. 317727

LC No. 12-000157-MZ

Patrick M. Meter
Presiding Judge

William C. Whitbeck

Michael J. Riordan
Judges

---

The Court orders that the October 21, 2014 opinion is hereby AMENDED to correct a clerical error: Footnote 6, which appears on page 3 of the slip opinion now reads: *Snead v John Carlo, Inc*, 294 Mich App 343, 354; 813 NW2d 294 (2011)

In all other respects, the October 21, 2014 opinion remains unchanged.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

OCT 2 8 2014
Date

Chief Clerk